**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand and fourteen.

Before: Rosemary S. Pooler,
Barrington D. Parker,
Richard C. Wesley,
*Circuit Judges.*

_____

Glen Harris, individually & PPA as guardian for K.H., a minor child,

Plaintiff - Appellant,

**JUDGMENT**
Docket No. 12-4350

v.

Johnmichael O'Hare, Anthony Pia, City of Hartford,

Defendants - Appellees.

_____

The appeal in the above captioned case from an order and judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED and the matter is REMANDED for proceedings in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/28/2015