# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, individually, and P.P.A | : | CIVIL ACTION NO. 3:08CV1644(RNC) |
| as guardian for K.H., a minor child, | : | |
|     Plaintiffs | : | |
| v. | : | |
| | : | |
| JOHNMICHAEL O'HARE; | : | |
| ANTHONY PIA; and | : | |
| CITY OF HARTFORD, | : | |
|     Defendants | : | JULY 7, 2015 |

## PLAINTIFFS' APPLICATION FOR PREJUDGMENT REMEDY

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Pursuant to Conn. Gen. Stats. §§ 52-278c et seq., Fed. R. Civ. P. 64, and United States District Court of Connecticut Local Rule 4, the undersigned represents:

1. The plaintiffs have a partial directed verdict as to liability against defendant officers Pia and O'Hare in their favor, and the Second Circuit Court of Appeals has found, as a matter of law, that the defendants violated the plaintiffs' civil rights. *Harris v. O'Hare*, 770 F.3d 224 (2d Cir. 2014). The defendants subsequent request for rehearing *en banc* in the Second Circuit was denied.

2. That probable cause exists that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, will be rendered in the matter in favor of the plaintiffs and that to secure the judgment the applicant seeks an order from this court directing that the following prejudgment remedy be granted to secure the sum of Five Hundred Thousand Dollars ($500,000.00).

    (a) To attach any real property owned by defendants O'Hare and Pia.

    (b) To attach any and all other property or assets owned by defendants O'Hare and

Pia.

**WHEREFORE,** the plaintiffs move this court to schedule a hearing to attach the defendants property in the amount set forth above.

              THE PLAINTIFF– GLENN HARRIS, PPA.

              By /s/ Jon L.Schoenhorn
                Jon. L. Schoenhorn
                Jon L. Schoenhorn & Associates, LLC
                108 Oak Street
                Hartford, CT 06106
                Fed. Bar No. CT 00119
                Tel. (860) 278-3500
                Fax (860) 278-6393

## ORDER

The above application having been presented to the court, it is hereby ordered, that a hearing be held on _____ at _____ a.m. at _____, Hartford, Connecticut and that the plaintiff gives notice to the defendant in accordance with section 52-278c of the general statutes, and United States District Court of Connecticut Local Rule 4, of the pendency of the application and of the time when it will be heard by causing a true and attested copy of the application, the writ, summons, complaint, affidavit and of this order, together with such notice as is required under subsection (e) of section 52-278c to be served upon the defendant by some proper officer or indifferent person on or before _____ and that due return of service be made to this court.

Dated at Hartford this _____ day of _____, 2015.

              _____
              Clerk of the Court

## CERTIFICATION

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              /s/ Jon L. Schoenhorn
              Jon L. Schoenhorn