UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child | : | NO.: 3:08CV01644-RNC |
| v. | : | |
| JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : | JULY 9, 2015 |

**OBJECTION TO PLAINTIFFS' MOTION FOR PREJUDGMENT REMEDY**

The defendants, **JohnMichael O'Hare** and **Anthony Pia**, hereby object to the Plaintiffs' Motion for Prejudgment Remedy [Doc. 158], for the following reasons:

1. After trial, a 9-person jury unanimously found all issues in favor of the defendants, and this Court entered judgment accordingly.

2. Upon appeal, the Court of Appeals held that the entry by the defendants onto the plaintiff's property was an illegal search in violation of the Fourth Amendment, given that the defendants lacked a warrant and could not have based their entry on the presence of exigent circumstances, even though they had probable cause to believe two illegal guns were stashed on the plaintiff's property.

3. The Court of Appeals made no findings as to the other torts claimed against the defendants.

4. The defendants are petitioning the U. S. Supreme Court for certiorari, to review the decision of the Court of Appeals.

5. Even if the Court of Appeals decision stands, the defendants will not have been found to have committed an act for which they are not entitled to indemnification by the City of Hartford. There is no allegation in the Complaint the entry onto the plaintiff's property, now determined by the Court of Appeals to be unlawful, was willful or malicious; and the facts adduced at trial do not support such a conclusion. Thus, the defendants are entitled to indemnification under Connecticut General Statutes §§ 7-101a and 7-465, and such indemnification would not violate public policy as plaintiff claims. Indeed, the plaintiff has plead a claim for such indemnification in the Eighth Count of the Complaint.

6. Apart from the indemnification obligation imposed by C.G.S. §§ 7-101a and 7-465, the City of Hartford has adequate insurance and self-insurance to cover any award of damages in the above matter. Insurance information was not sought after in discovery by the plaintiff, however, such information will be obtained by the defendants and forwarded to the plaintiff forthwith.

7. It is the policy of the State of Connecticut not to disclose the residential address of any sworn member of a municipal police department. See

C.G.S. § 1-217. Disclosure of the defendants' home addresses and personal assets under the circumstances of this case is unnecessary, and would constitute an invasion of personal privacy.

WHEREFORE, the defendants, **JohnMichael O'Hare** and **Anthony Pia**, ask this Court to sustain their objection to the Plaintiffs' Motion for Prejudgment Remedy.

DEFENDANTS,
JOHNMICHAEL O'HARE
and ANTHONY PIA

By /s/ Thomas R. Gerarde
   Thomas R. Gerarde
   ct05640
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT 06114-11921
   Ph: (860) 249-1361
   Fax: (860) 249-7665
   E-mail: tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that on **July 8, 2015**, a copy of the foregoing **Objection to Plaintiffs' Motion for Prejudgment Remedy** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106-1514

Nathalie Feola-Guerrieri, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

                                            /s/ Thomas R. Gerarde
                                            Thomas R. Gerarde