UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN HARRIS, individually,  :
and P.P.A as guardian for   :
K.H., a minor child,        :
                            :
    Plaintiffs,            :
                            :
    v.                      :    CASE NO. 3:08CV1644(RNC)
                            :
JOHN MICHAEL O'HARE,        :
ANTHONY PIA and             :
CITY OF HARTFORD,           :
                            :
    Defendants.             :

<u>MEMORANDUM OF CONFERENCE</u>

I held a status conference on December 4, 2015 regarding the plaintiffs' motions for prejudgment remedy and disclosure of assets. (ECF No. 158, 159.) Plaintiffs were represented by Attorney Jon Schoenhorn and the defendants were represented by Attorneys Tom Gerarde and Nathalie Feola-Guerrieri. The following topics were discussed.

- Defendants filed a petition for a writ of certiorari. The plaintiffs opposed the petition on November 13, 2015. The parties await the Supreme Court's decision. Counsel shall inform this court immediately when the Supreme Court decides whether to grant certiorari.

- Defendants' counsel informed the court that the City of Hartford will not indemnify the defendants for any award of punitive damages.

- Counsel for the parties agree that defendants will make certain specified disclosures that pertain to the pending

motion for prejudgment remedy.

- The defendants O'Hare and Pia agree not to convey or encumber any real estate assets.

- By no later than December 17, 2015, defendants O'Hare and Pia shall send plaintiffs' counsel a confidential written statement regarding any real estate assets and/or trusts.

- As soon as practicable after reviewing defendants' disclosures, plaintiffs' counsel shall determine whether to pursue the instant motions and so advise the court.

- This court will schedule another conference in due course. If at anytime the parties believe a status conference might be productive, they may request one by contacting my chambers.

SO ORDERED at Hartford, Connecticut this 7th day of December, 2015.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge