UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child | : : : | NO.: 3:08CV01644-RNC |
| v. | : : | |
| JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : : : | JANUARY 14, 2016 |

**RESPONSE TO THE PLAINTIFFS' MOTION FOR
HEARING RE: MOTION FOR PREJUDGMENT REMEDY**

The defendants, Johnmichael O'Hare and Anthony Pia, do not object to the requested hearing on the plaintiffs' motion for prejudgment remedy. However, the defendants request that the status conference they have requested [Doc. 167] be held prior to the hearing on the plaintiffs' motion for prejudgment remedy.

All parties, as well as the Court that hears the prejudgment remedy motion, will benefit from knowing exactly what is at issue for trial following the Court of Appeals reversal of the jury's verdict in the instant matter. The Court of Appeals decision gives wide discretion to the District Court as to issues that are subject to retrial, and, once the issues for retrial are made known to the parties, the propriety of a prejudgment remedy can be resolved without the need for litigation.

WHEREFORE, the defendants respectfully request that their status conference be held prior to the hearing on the plaintiffs' motion for prejudgment remedy.

>
> DEFENDANTS,
> JOHNMICHAEL O'HARE
> and ANTHONY PIA
>
>
> By   /s/ Thomas R. Gerarde
>     Thomas R. Gerarde
>     ct05640
>     Howd & Ludorf, LLC
>     65 Wethersfield Avenue
>     Hartford, CT  06114-11921
>     Ph:  (860) 249-1361
>     Fax: (860) 249-7665
>     E-mail: tgerarde@hl-law.com

## **CERTIFICATION**

       This is to certify that on January 14, 2016, a copy of the foregoing **Response to the Plaintiffs' Motion for Hearing Re: Motion for Prejudgment Remedy** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT  06106-1514

Nathalie Feola-Guerrieri, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

                                                  /s/ Thomas R. Gerarde
                                                 Thomas R. Gerarde