UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, individually, and P.P.A | : | CIVIL ACTION NO. 3:08CV1644(RNC) |
| as guardian for K.H., a minor child, | : | |
|     Plaintiffs | : | |
| v. | : | |
| | : | |
| JOHNMICHAEL O'HARE; | : | |
| ANTHONY PIA; and | : | |
| CITY OF HARTFORD, | : | |
|     Defendants | : | SEPTEMBER 7, 2016 |

## PLAINTIFFS' APPLICATION FOR PREJUDGMENT REMEDY

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Pursuant to Conn. Gen. Stat. §§ 52-278c *et seq.*, Fed. R. Civ. P. 64, and United States District Court of Connecticut Local Rule 4, the undersigned seeks a prejudgment remedy of the attachment of any and all property and/or assets of the defendant, City of Hartford. In support thereof, the plaintiffs represent:

1. The plaintiffs have a partial directed verdict as to liability against defendant officers Pia and O'Hare in their favor, and the Second Circuit Court of Appeals has found, as a matter of law, that the defendants violated the plaintiffs' civil rights. *Harris v. O'Hare*, 770 F.3d 224 (2d Cir. 2014). The defendants subsequent request for rehearing *en banc* in the Second Circuit was denied.

2. The City of Hartford is obligated, by virtue of statute and prior stipulation, to indemnify defendants O'Hare and Pia for all monetary judgments, plus costs and attorney's fees.

3. The plaintiffs filed an application for prejudgment remedy against defendants O'Hare and Pia on July 7, 2015, and subsequently filed a request to schedule a hearing on January 13, 2016. The hearing took place on June 30, 2016, before Magistrate Judge Donna Martinez. As of

this date there has been no decision on that application.

4. A prejudgment remedy against the defendant city is warranted due to the risk that the City of Hartford may seek to avoid its obligation to pay a just debt and/or pay any monetary judgment to the plaintiffs. See attached affidavit.

5. The defendant has never fully disclosed to the plaintiffs the agreement between the city and its insurance company concerning their respective obligations to satisfy any judgment in this case.

6. On September 6, 2016, the city's assistant corporation counsel stated during a teleconference with Magistrate Judge Martinez and the undersigned that insurance will not cover any monetary damages resulting from this case.

7. Defendants Pia and O'Hare both admitted that they were never informed by anyone, including the City of Hartford, Hartford Police Department, or their insurance providers, that there was a reservation of rights. See attached response from Pia to plaintiff's interrogatories, dated and sworn to on May 1, 2009 and response from O'Hare to plaintiff's interrogatories, dated and sworn to on May 22, 2009.

8. Despite its previous articulated stipulation in this case to indemnify defendants O'Hare and Pia, and despite the express language of Conn. Gen. Stat. §§ 7-101a and 7-465, the defendant City of Hartford is now refusing to guarantee that it will do so. See plaintiff's motion in limine to preclude defendant city from arguing that it will not indemnify defendant officers. (Doc. 189-8, pp. 24-27).

9. That probable cause exists that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, will be

rendered in the matter in favor of the plaintiffs and that to secure the judgment the applicant seeks an order from this court directing that the following prejudgment remedy be granted to secure the sum of One Million Dollars ($1,000,000.00), which includes the award of damages, attorney's fees, interest, and costs. In order to satisfy said amount, the plaintiffs request that the court:

(a) Attach any real property owned by the City of Hartford.

(b) Attach any and all other property or assets owned by the City of Hartford.

**WHEREFORE,** in light of the fact that the defendant city may now refuse to honor its prior commitment to pay any monetary judgment owed to the plaintiffs, the plaintiffs move this court to schedule a hearing to attach the defendant's property in the amount set forth above, in order to ensure that justice is served for the grave civil rights violations the plaintiffs have endured.

THE PLAINTIFFS, GLENN HARRIS, ET AL.

By: */s/ Jon L. Schoenhorn*
Jon. L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106
Fed. Bar No. CT00119
Tel. (860) 278-3500
Fax (860) 278-6393

**CERTIFICATION**

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Jon L. Schoenhorn*
Jon L. Schoenhorn

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, individually, and P.P.A | : | CIVIL ACTION NO. 3:08CV1644(RNC) |
| as guardian for K.H., a minor child, | : | |
|     Plaintiffs | : | |
| v. | : | |
| | : | |
| JOHNMICHAEL O'HARE; | : | |
| ANTHONY PIA; and | : | |
| CITY OF HARTFORD, | : | |
|     Defendants | : | SEPTEMBER 6, 2016 |

## PROPOSED ORDER OF ATTACHMENT

WHEREAS, the plaintiffs in the above-entitled action have made a motion for a prejudgment remedy to attach or garnish property of defendant City of Hartford;

The motion is granted as to in the amount of $_____;

The Plaintiffs may attach or garnish the following property of the defendant City of Hartford as follows:

1. The attachment of any real property owned by defendant City of Hartford;
2. The attachment or garnishment of any other assets of defendant City of Hartford.

SO ORDERED, this _____ day of _____, 2016.

                      THE COURT,

                      _____, J.

# Attachments

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child | : | NO.: 3:08CV01644-RNC |
| | : | |
| v. | : | |
| | : | |
| JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : | MAY 1, 2009 |

## OBJECTIONS AND RESPONSES OF ANTHONY PIA TO PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR PRODUCTION

### INTERROGATORIES

1.   Please state your full name, badge or identification number, present height, weight and date of birth.

**RESPONSE:**

**OBJECTION pending.**

   **Without waiving said objection, my name is Anthony Pia and my badge number is 1499.**

23. Do you now or have you ever suffered from any mental disease, defect or disorder? If yes, state the nature, treatment and medical personnel with knowledge of the disease, defect, or disorder.

**RESPONSE:**

**OBJECTION pending.**

24. Have you been informed by anyone, including the City of Hartford, Hartford Police Department, or your insurance provider, that you will not be indemnified by the City of Hartford for a judgment based on abuse of your lawful authority?

**RESPONSE:** **No.**

25. Were either you or your employer insured during the period of time during which this incident occurred against judgments of personal liability based on any abuse of your lawful authority, or were either you or your employer a party to any bonding agreement by which you were held free of liability or by which an insurance company will stand as a guarantor or surety in connection with any state judgment based on any abuse of your lawful authority? If yes, state:

   a. the name and address of the insurer;
   b. the name and address of the person or persons who pay(s) the premiums;
   c. the identification number of the policy;
   d. the effective dates of each policy;
   e. the policy limits, or amount of any bond;
   f. the substance of disclaimers of liability contained in the policy.

**RESPONSE:**

**OBJECTION pending.**

**Without waiving said objections, see City of Hartford's March 26, 2009 compliance with plaintiffs' interrogatories and requests for production, with attached documents.**

10

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child | : | NO.: 3:08CV01644-RNC |
| | : | |
| v. | : | |
| | : | |
| JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : | |

### ANTHONY PIA'S CERTIFICATION

STATE OF CONNECTICUT   )
                       )   SS: HARTFORD
COUNTY OF HARTFORD     )

I hereby certify that the foregoing responses to Interrogatories and Requests for Production are true and accurate to the best of my knowledge and belief.

_____
ANTHONY PIA

Subscribed and sworn to before me this 1st day of May, 2009.

_____
Commissioner of the Superior Court
Alan R. Dembiczak, Esq.

18

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN HARRIS, Individually and P.P.A. : <br> as Guardian for K.H., a minor child : <br> : <br> v. : <br> : <br> JOHNMICHAEL O'HARE, : <br> ANTHONY PIA, and : <br> CITY OF HARTFORD : | NO.: 3:08CV01644-RNC <br><br><br><br><br><br> MAY 22, 2009 |

## SUPPLEMENTAL OBJECTIONS AND RESPONSES OF JOHN MICHAEL O'HARE TO PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR PRODUCTION

### INTERROGATORIES

1. Please state your full name, badge or identification number, present height, weight and date of birth.

**RESPONSE:**

**OBJECTION: This defendant objects to this Interrogatory insofar as it requests information concerning the defendant's height, weight and date of birth. As present sworn law enforcement officers of the Hartford Police Department, the defendant has a security interest in not disseminating this personal information to members of the public. Furthermore, this information is protected from dissemination by state statute.**

**Without waiving said objections, my name is John Michael O'Hare and my badge number is 1495.**

2. With regard to your occupation or employment from the date you first began working at full-time employment to the present, state:

   a. the name and address of any and all of your employer(s);
   b. for each job, the nature of your work and duties;
   c. for each job, the date and reason you left the employment; and
   d. if you were appointed to any positions, the date and term of the appointment, the person and position of the person who appointed you, and the name and address of the person or body to whom you were or are responsible.

1

**Without waiving said objections, see City of Hartford's March 26, 2009 compliance with plaintiffs' interrogatories and requests for production, with attached documents.**

23. Do you now or have you ever suffered from any mental disease, defect or disorder? If yes, state the nature, treatment and medical personnel with knowledge of the disease, defect, or disorder.

**RESPONSE:**

**OBJECTION: This request is a fishing expedition and has no relevance to any issue presented in this case. Just because the plaintiff has sued this defendant, he is not entitled to an obvious fishing expedition into the personal issues of this defendant that have no relevance to any issue presented in this case.**

**OBJECTION: This request seeks information, which is irrelevant and immaterial to this case, is in no way rationally related to any allegations in the complaint, and is not reasonably calculated to lead to the discovery of admissible evidence.**

24. Have you been informed by anyone, including the City of Hartford, Hartford Police Department, or your insurance provider, that you will not be indemnified by the City of Hartford for a judgment based on abuse of your lawful authority?

**RESPONSE:** No.

25. Were either you or your employer insured during the period of time during which this incident occurred against judgments of personal liability based on any abuse of your lawful authority, or were either you or your employer a party to any bonding agreement by which you were held free of liability or by which an insurance company will stand as a guarantor or surety in connection with any state judgment based on any abuse of your lawful authority? If yes, state:

      a. the name and address of the insurer;
      b. the name and address of the person or persons who pay(s) the premiums;
      c. the identification number of the policy;
      d. the effective dates of each policy;
      e. the policy limits, or amount of any bond;
      f. the substance of disclaimers of liability contained in the policy.

**RESPONSE:**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child | : | NO.: 3:08CV01644-RNC |
| v. | : | |
| JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : | MAY 21, 2009 |

## JOHN MICHAEL O'HARE'S CERTIFICATION

STATE OF CONNECTICUT   )
                                         )   SS: HARTFORD
COUNTY OF HARTFORD      )

I hereby certify that the foregoing supplemental responses to Interrogatories and Requests for Production are true and accurate to the best of my knowledge and belief.

_____
JOHN MICHAEL O'HARE

Subscribed and sworn to before me this 22nd day of May, 2009.

_____
Commissioner of the Superior Court
Alan R. Dembiczak

19