UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, ET AL | : | CIVIL ACTION NO. 3:08CV1644(RNC) |
| Plaintiffs | : | |
| V. | : | |
| JOHNMICHAEL O'HARE; ANTHONY PIA; and CITY OF HARTFORD, | : | |
| Defendants. | : | SEPTEMBER 7, 2016 |

## MOTION FOR ORDER

    Pursuant to the Health Insurance Portability and Protection Act, 42 U.S.C. § 1320d *et seq*., the plaintiffs, via undersigned counsel, move for the Court to issue an order requiring the production of Defendant O'Hare's medical records and bills for the date of treatment of December 20, 2006 from St. Francis Hospital. Attached hereto as Attachment A is a proposed order.

    These medical records contain information relevant to the mental and physical state of Defendant O'Hare prior to, during, and after the incident that is the subject of this complaint and therefore is relevant to issues to be tried.

    WHEREFORE, the plaintiffs move for an order requiring production of these records to the Court in advance of trial.

THE PLAINTIFF–
GLENN HARRIS, P.P.A.,

By  /s/ Jon L. Schoenhorn
Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106
T: (860) 278-3500
F: (860) 278-6393
E: civlrights@aol.com
Fed Bar No. ct00119

## **CERTIFICATION**

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      */s/ Jon L. Schoenhorn*
                                                     Jon L. Schoenhorn

**ATTACHMENT A**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GLEN HARRIS, ET AL | : | CIVIL ACTION NO. 3:08CV01644 (RNC) |
| Plaintiffs | : | |
| V. | : | |
| JOHNMICHAEL O'HARE<br>ANTHONY PIA, and<br>CITY OF HARTFORD, | : | |
| Defendants. | : | SEPTEMBER 7, 2016 |

## ORDER

    The Plaintiffs' Motion for Order is granted.  St. Francis Hospital, located at 114 Woodland Street, Hartford, Connecticut, is ordered to produce the medical records and bills of John Michael O'Hare for the date of treatment of December 20, 2006 to the court on or before September 19, 2016 in accordance with the attached subpoena.

_____        _____
  HON.  ROBERT N. CHATIGNY                                  DATE

AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Glenn Harris, individually and P.P.A as guardian for . | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:08CV01644-RNC |
| JohnMichael O'Hare, Anthony Pia and City of Hartfo | ) | |
| *Defendant* | ) | |

**SUBPOENA TO APPEAR AND TESTIFY
AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: Records Keeper, Saint Francis Hospital, Emergency Room Records.

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>450 Main street<br>Hartford, CT 06103 | Courtroom No.: North Courtroom |
|---|---|
| | Date and Time: 09/19/2016 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
Medical records and bills of John Michael O'Hare for the date of treatment of December 20, 2006.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____   _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Glenn Harris, individually and P.P.A as guardian for K.H. , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).