UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GLEN HARRIS, ET AL          :   CIVIL ACTION NO. 3:08CV01644 (RNC)
                            :
     Plaintiffs             :
V.                          :                US DISTRICT COURT
                            :                   HARTFORD CT
JOHNMICHAEL O'HARE          :
ANTHONY PIA, and            :
CITY OF HARTFORD,           :
     Defendants.            :   SEPTEMBER 7, 2016

### ORDER

The Plaintiffs' Motion for Order is granted. St. Francis Hospital, located at 114 Woodland Street, Hartford, Connecticut, is ordered to produce the medical records and bills of John Michael O'Hare for the date of treatment of December 20, 2006 to the court on or before September 19, 2016 in accordance with the attached subpoena.

/s/ Robert N. Chatigny                                  9/8/16
HON. ROBERT N. CHATIGNY                                 DATE