UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN HARRIS INDIVIDUALLY & PPA :
                                :
       Plaintiff,               :
                                :
V.                              : NO.3:08CV-1644(RNC)
                                :
JONMICHAEL O'HARE, ET AL.,      :
                                :
       Defendants               :

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

| | |
|---|---|
| _____ | For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge; |
| _____ | To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b); |
| _____ | To supervise discovery and resolve discovery disputes; |
| _____ | To conduct a settlement conference; |
| _____ | To conduct a prefiling conference; |
| _____ | A hearing on damages and attorney fees; |
| __X__ | A ruling on the following pending motion(s): |

Second Motion for Prejudgment Remedy [195]

So ordered.

Dated at Hartford, Connecticut this 7th day of September 2016.

                                /s/ RNC
                        Robert N. Chatigny, U.S.D.J.