UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child | : | NO.: 3:08CV01644-RNC |
| v. | : | |
| JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : | SEPTEMBER 8, 2016 |

## O'HARE AND PIA'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS EMOTIONAL DISTRESS DAMAGES

The law considers a pet to be the personal property of the owner. Connecticut law does not allow for recovery of emotional distress damages for loss of personal property. Accordingly, the only damages that can be claimed associated with the loss of a pet animal is the purchase price of the animal or a similar animal. Emotional distress damages are not allowed for someone who loses a pet, even if that person witnesses the death of the pet.

***Authority***: Myers v. City of Hartford, 84 Conn.App. 395, 402 (2004), cert. denied, 271 Conn. 927 (2004); Carcaldi v. McKenzie, Docket No. DBDCV136013956S, 2014 WL 2257138, *2 (Conn. Super. Ct. April 24, 2014); Medura v. Town & Country Veterinary Assocs., P.C., Docket No. HHDCV116018916S, 2012 WL 3871953, *6 (Conn. Super. Ct. August 10, 2012); Coston v. Reardon, Docket No. 063892, 2001 WL 1467610, *3—*4 (Conn. Super. Ct. October 18, 2001); Bonilla v. Conn. Veterinary Center, Docket No. CV136040848S, 2013 WL 7020508, *2 (Conn. Super. Ct. December 18, 2013); Price v. City of Charlotte, N.C., 93 F.3d 1241, 1250–1251 (1996); but see Vaneck v. Drew, Docket No. MMXCV085003942S, 2009 WL 1333918, *6 (April 20, 2009).

DEFENDANTS,
JOHNMICHAEL O'HARE
and ANTHONY PIA

By /s/ Thomas R. Gerarde
    Thomas R. Gerarde
    ct05640
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT 06114-11921
    Ph: (860) 249-1361
    Fax: (860) 249-7665
    E-mail: tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that on September 8, 2016, a copy of the foregoing Supplemental Proposed Jury Instructions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT  06106-1514

Nathalie Feola-Guerrieri, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

                                            */s/ Thomas R. Gerarde*
                                            Thomas R. Gerarde