UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN HARRIS :

v. : CASE NO. 3:08CV1644 (RNC)

JOHNMICHAEL O'HARE, ET AL :

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE COMMISSIONER OF CORRECTIONS, STATE OF CONNECTICUT, OR WARDEN AT OSBORNE CORRECTIONAL INSTITUTION, GREETINGS:

You are hereby commanded to present the body of GEORGE HEMINGWAY, inmate number #338838, now detained in your custody, as it is said, under safe and secure conduct to testify in the matter of Glen Harris, et al v Johnmichael O'Hare, et al, civil action no. 3:08CV1644 (RNC), at the United States District Court, North Courtroom, 450 Main Street, Hartford, Connecticut, at 9:00 a.m. on September 21, 2016, or from time to time thereafter as the case may be adjourned to and immediately after said testimony has been concluded, return said GEORGE HEMINGWAY to the Osborne Correctional Institution under safe and secure conduct.

ROBIN D. TABORA, CLERK
UNITED STATES DISTRICT COURT

/s/ Terri Glynn
DEPUTY CLERK

The foregoing writ is
hereby allowed. Dated at
Hartford, Connecticut,
this 9th day of September, 2016.

/s/ Robert N. Chatigny
Robert N. Chatigny
United States District Judge

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court
By /s/ Terri Glynn
Deputy Clerk