UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child | : : : | NO.: 3:08CV01644-RNC |
| v. | : : | |
| JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : : : | SEPTEMBER 14, 2016 |

### **DEFENDANTS' SUPPLEMENT TO JOINT TRIAL MEMORANDUM (DOC 189)**

Following the court's rulings on the pending Motions in Limine, the Defendants hereby supplement their Witness and Exhibits list in the Joint Trial memorandum (Doc 189) as follows:

### XI. C.  Defendants' Witnesses

15.  **Paul M. "Mike" Bruce**, operations manager of Hartford Emergency Services and Telecommunications, Hartford Police Department, Hartford, CT.  Mr. Bruce will testify as to the "Hartbeat system" utilized by the Hartford Police Department, and what the entries on the Computer Aided dispatch (CAD) logs mean as to the Hartford Police responses to the incident at 297 Enfield Street on December 20, 2006, as well as other incidents for which CAD logs have been entered into evidence.

### XII. B.  Defendants' Exhibits

31.  CAD logs from incident at 297 Enfield Street.
32.  CAD logs from incident involving Victor Rivera
33.  CAD logs from Incident involving George Hemingway
34.  Arrest Warrant application prepared by Gabriel Laureano for George Hemingway and arrest sheet

                    DEFENDANTS,
                    JOHNMICHAEL O'HARE
                    and ANTHONY PIA


By   */s/ Thomas R. Gerarde*
     Thomas R. Gerarde
     ct05640
     Howd & Ludorf, LLC
     65 Wethersfield Avenue
     Hartford, CT  06114-11921
     Ph:  (860) 249-1361
     Fax: (860) 249-7665
     E-mail: tgerarde@hl-law.com

## **CERTIFICATION**

       This is to certify that on September 14, 2016, a copy of the foregoing Defendants' Supplement to Joint Trial Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT  06106-1514

Nathalie Feola-Guerrieri, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

                                                   */s/ Thomas R. Gerarde*
                                               Thomas R. Gerarde