UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, ET AL | : | CIVIL ACTION NO. 3:08CV1644(RNC) |
| | : | |
| V. | : | |
| | : | |
| JOHNMICHAEL O'HARE; | : | |
| ANTHONY PIA; and | : | |
| CITY OF HARTFORD, | : | |
| Defendants | : | SEPTEMBER 16, 2016 |

## NOTICE OF INTENT TO USE PRIOR TESTIMONY

The plaintiffs, pursuant to Federal Rule of Evidence 804, hereby submit this notice to advise that they will rely on the previous trial testimony of Richard French, DVM.

The plaintiffs submit that Mr. French is currently residing in China and, therefore, is unavailable to testify in this matter.[1] In light of his unavailability, the plaintiff will have Mr. French's prior testimony read into the record.

THE PLAINTIFFS,

By: /s/ Jon L. Schoenhorn
    Jon L. Schoenhorn
    Jon L. Schoenhorn & Associates
    Fed Bar # Ct00119
    108 Oak Street
    Hartford, CT 06106
    (860) 278-3500
    Fax: (860) 278-6392
    jon@schoenhorn.com

---

[1] https://www.linkedin.com/in/richard-a-french-00391110

**CERTIFICATION**

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                */s/ Jon L. Schoenhorn*
                                                Jon L. Schoenhorn