UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child | : : : | NO.: 3:08CV01644-RNC |
| v. | : : | |
| JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : : : | SEPTEMBER 22, 2016 |

## DEFENDANTS' MOTION TO RECONSIDER

The defendants hereby move this court to reconsider its decision on documents 220 and 221, given that the jury trial regarding the above matter will be completed within the next seven days and the court will have a clearer picture regarding the personal exposure of the defendants regarding the claims made by the plaintiffs.

DEFENDANTS,
JOHNMICHAEL O'HARE
and ANTHONY PIA

By  /s/ Thomas R. Gerarde
    Thomas R. Gerarde
    ct05640
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-11921
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: tgerarde@hl-law.com

**CERTIFICATION**

      This is to certify that on September 22, 2016, a copy of the foregoing Motion To Reconsider was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT  06106-1514

Nathalie Feola-Guerrieri, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

                                              */s/ Thomas R. Gerarde*
                                              Thomas R. Gerarde