UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN HARRIS, ET AL.                    : CIVIL DOCKET NO.3:08 CV-01644 (RNC)
                                       :
V.                                     :
                                       :
JOHNMICHAEL O'HARE;                    :
ANTHONY PIA; and                       :
CITY OF HARTFORD,                      :
        Defendants                     : SEPTEMBER 26, 2016

<u>**MOTION TO STRIKE TESTIMONY**</u>

Pursuant to Fed. R. Evid. 801 *et seq*. and 611, the plaintiffs, via the undersigned counsel, move to strike Defendant O'Hare's testimony regarding George Hemingway's alleged subsequent arrest.  The objectionable testimony is outside the scope of direct, is hearsay, and entirely improper.  If this testimony is not struck then the plaintiffs shall be unduly prejudiced.

Defendant O'Hare's testimony was outside the scope of direct.  On direct, counsel for the plaintiffs never inquired as to George Hemingway.  Under Fed. R. Evid. 611, it was entirely improper for counsel for the defendants to inquire about a matter that was not raised on direct examination.  Moreover, counsel for the defendant did not seek the court's permission to exceed the scope of direct.

Furthermore, the statements regarding George Hemingway's alleged arrest are impermissible hearsay.  Defendant O'Hare, in an attempt to testify regarding this issue, claimed to have "personal knowledge" of Mr. Hemingway's arrest and, yet, proceeded to advise that the basis for this "personal knowledge" was procured, on lunch recess, when he went and looked up Mr. Hemingway's arrest history.  Clearly, conducting computer research is not "personal knowledge".  Importantly, Defendant O'Hare did not testify that he was present for Mr. Hemingway's arrest.  In fact, aside from simply asserting that he had "personal knowledge", Defendant O'Hare did not provide any testimony that could be reasonably interpreted to be a basis for personal knowledge.

WHEREFORE, the undersigned counsel moves for the testimony regarding Mr. Hemingway's arrest to be struck.

THE PLAINTIFFS,

By   /s/ Jon. L. Schoenhorn
   Jon L. Schoenhorn
   Jon L. Schoenhorn & Associates
   Fed Bar # Ct00119
   108 Oak Street
   Hartford, CT 06106
   (860) 278-3500
   Fax: (860) 278-6392
   Jon@schoenhorn.com

## CERTIFICATION

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

   /s/ Jon L. Schoenhorn
   Jon L. Schoenhorn