UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 SEP 30 P 5:21
US DISTRICT COURT
HARTFORD CT

GLEN HARRIS and K. Harris,      :
      Plaintiffs,              :
                                      :
v.                              :  CASE NO. 3:08CV1644 (RNC)
                                      :
JOHNMICHAEL O'HARE and           :
ANTHONY PIA,                    :
      Defendants.              :

**VERDICT FORM**

We the Jury unanimously find as follows:

I. **LIABILITY**

A. Claims under 42 U.S.C. § 1983

1. Fourth Amendment: Unreasonable Search

    As a result of prior proceedings in this case, it has been determined that the defendants violated the Fourth Amendment's prohibition against unreasonable searches by entering the curtilage of the plaintiffs' home without a warrant. Accordingly, the defendants' liability with regard to this claim has been established.

2. Fourth Amendment: Unreasonable Seizure

    a. Have the plaintiffs proven that Officer O'Hare violated the Fourth Amendment's prohibition against unreasonable seizures when he killed the plaintiff's dog?

        Yes _____   No __X__

If your answer is "Yes," go to subpart b.  If your answer is "No," go to Question 3.

    b. Have the plaintiffs proven that Officer Pia is liable for the unreasonable seizure of the dog because he had a reasonable opportunity to intervene to prevent the killing of the dog but failed to do so?

              Yes ____   No ____

B.    <u>Claims Under Connecticut Tort Law</u>

3.    <u>Trespass</u>

Have the plaintiffs proven that the defendants trespassed on their land in violation of state law?

              Yes X   No ____

4.    <u>Intentional Infliction of Emotional Distress</u>

Have the plaintiffs proven that when Officer O'Hare shot the dog, he engaged in extreme and outrageous conduct that was intended to cause emotional distress to K. and did in fact cause her severe emotional distress?

              Yes ____   No X

5.    <u>Conversion</u>

Have the plaintiffs proven that when Officer O'Hare shot the dog, he committed the tort of conversion under state law?

              Yes ____   No X

II. **DAMAGES**

A. Claims Under 42 U.S.C. § 1983

1. <u>Fourth Amendment: Unreasonable Search</u>

    a. Compensatory Damages

        i. Causation

Have the plaintiffs proven that Glen Harris or K. Harris sustained injuries that were proximately caused by the unreasonable search?

    As to Glen Harris   Yes _X_   No ____
    As to K. Harris     Yes _X_   No ____

If your have answered "Yes," go to subpart ii. If you have answered "No," go to question b.

        ii. Amount

What amount of damages do you award to reasonably compensate the plaintiffs for injuries proximately caused by the unreasonable search?

    Glenn Harris   $ 50,000
    K. Harris      $ 120,000

    b. Nominal Damages

If the plaintiffs have failed to prove any injuries proximately caused by the unreasonable search, what nominal damages do you award each plaintiff?

    Glenn Harris   $ _____
    K. Harris      $ _____

   c.  Punitive Damages

      i. Assessment of Punitive Damages

Have the plaintiffs proven that punitive damages should be assessed based on the unreasonable search?

      Johnmichael O'Hare    Yes X    No ___
      Anthony Pia           Yes X    No ___

If your answer is "Yes," go to subpart ii.  If your answer is "No," go to Part 2 below.

      ii. Amount of Punitive Damages

Enter the amount of punitive damages you award based on the unreasonable search.

      Johnmichael O'Hare    $ 16,000
      Anthony Pia           $ 16,000

2.  <u>Fourth Amendment: Unreasonable Seizure</u>

If you have found that either or both of the defendants is liable under the Fourth Amendment for unreasonably seizing the plaintiffs' dog, please answer the questions in this part. Otherwise, go to Section B below.

   a. Compensatory Damages

      i. Causation

Have the plaintiffs proven that Glenn Harris or K. Harris sustained injuries that were proximately caused by the unreasonable seizure of the dog?

-4-

      As to Glenn Harris Yes ___ No _X_

      As to K. Harris  Yes ___ No _X_

If you have answered "Yes," go to subpart ii.  If you have answered "No," go to Part B below.

  ii. Amount

What amount of damages do you award to reasonably compensate the plaintiffs for injuries proximately caused by the unreasonable seizure of the dog?

      Glenn Harris $ _____

      K. Harris  $ _____

 b. Nominal Damages

If the plaintiffs have failed to prove any injuries proximately caused by the unreasonable seizure of the dog, what nominal damages do you award each plaintiff?

      Glenn Harris $ _____

      K. Harris  $ _____

 c. Punitive Damages

  i. Assessment of Punitive Damages

Have the plaintiffs proven that punitive damages should be assessed based on the unreasonable seizure of the dog?

     Johnmichael O'Hare Yes ____ No ____

     Anthony Pia    Yes ____ No ____

If your answer is "Yes," go to subpart ii.  If your answer is "No, go to Section B below.

    ii. Amount of Punitive Damages

 Enter the amount of punitive damages that you award based on the unreasonable seizure of the dog.

    Johnmichael O'Hare $ _____

    Anthony Pia    $ _____

B. State Law Claims

  1. Compensatory Damages

 If you have found in favor of the plaintiffs on one or more of the state law claims, it might or might not be necessary to make an award of compensatory damages on those claims, depending on the decisions you have reached with regard to the related federal claims.  Under the law, a plaintiff is entitled to be compensated for an injury proximately caused by illegal conduct but a plaintiff may not recover twice for the same injury.  Once an award of damages has been determined for an injury, there may not be additional compensatory damages for that same injury. Accordingly, you may award additional damages on a state law claim, beyond what you have awarded for a related federal claim, only to the extent that you find some injury that has not been compensated by the award of damages on the related claim.

 Do you find that an award of compensatory damages on one or more of the state law claims is necessary to provide compensation for an injury that has not been compensated by an award of damages on a related federal claim?

Yes \_\_\_\_   No  X

If your answer is "Yes," which state law claim(s) do you find warrant an award of compensatory damages for an injury that has not been compensated by an award of damages on a related federal claim?

\_\_\_\_ Intentional Infliction of Emotional Distress

\_\_\_\_ Trespass

\_\_\_\_ Conversion

If your answer is "Yes," what amount of compensatory damages do you award?

Glen Harris $ _____

K. Harris  $ _____

2. Punitive Damages

Have the plaintiffs proven that punitive damages should be assessed against either or both defendants on the state law claims?  (If you answer "Yes" as to either defendant, the Court will determine the amount of punitive damages to be awarded in a separate proceeding.)

Johnmichael O'Hare       Yes \_\_\_\_    No  X

Anthony Pia              Yes \_\_\_\_    No  X

You have completed your deliberations.  The Foreperson should sign and date the Verdict Form.

9/30/16
Date                                        Foreperson Signature