UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS; K. HARRIS, Plaintiffs<br><br>V.<br><br>JOHNMICHAEL O'HARE; ANTHONY PIA; and CITY OF HARTFORD, Defendants | : | CIVIL DOCKET NO. 3:08 CV-01644 (RNC)<br><br><br><br>APRIL 6, 2017 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties stipulate and agree, by and between the undersigned counsel, that Plaintiffs' claims against all Defendants are dismissed with prejudice, and without costs to any party and with no party as a prevailing party.

This stipulation may be filed without further notice.

THE PLAINTIFFS,

BY: ______________________
Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106
Fed Bar #ct00119
Tel.: (860) 278-3500
Fax: (860) 278-6393
Email: jon@schoenhorn.com

THE DEFENDANT,
CITY OF HARTFORD

BY: /s/Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri
Senior Assistant Corporation Counsel
550 Main Street, Suite 301
Hartford, CT 06103
Fed Bar no. ct17217
Telephone: (860) 757-9700
Facsimile: (860) 722-8114
Email: feoln001@hartford.gov

DEFENDANTS,
JOHNMICHAEL O'HARE and ANTHONY PIA

By /s/ Thomas R. Gerarde
Thomas R. Gerarde
ct05640
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-11921
Ph: (860) 249-1361
Fax: (860) 249-7665
E-mail: tgerarde@hl-law.com

## CERTIFICATION

This is to hereby certify that on April 6, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri