UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN HARRIS, Individually and P.P.A. as Guardian for K.H., a minor child<br><br>v.<br><br>JOHNMICHAEL O'HARE, ANTHONY PIA, and CITY OF HARTFORD | : | NO.: 3:08-CV-01644 (RNC)<br><br><br><br>APRIL 20, 2017 |

**DEFENDANTS' MOTION ON CONSENT TO VACATE ORDER REGARDING PREJUDGMENT REMEDIES**

The defendants, Johnmichael O'Hare and Anthony Pia, with the consent of the Plaintiffs, hereby move this court to vacate the order by the Honorable Donna Martinez granting the plaintiffs' request for prejudgment remedies. (Doc. #221). On September 16, 2016, the Judge Martinez granted the application for prejudgment remedies and ordered the attachment of defendant O'Hare's assets in the amount of $750,000 and defendant Pia's assets in the amount of $650,000. This order permitted the plaintiffs to attach any real property and to attach or garnish any other assets owned by these defendants.

On October 27, 2016, defendant O'Hare's bank account at Bank of America were garnished to the value of $750,000 and defendant Pia's bank account at the Greater Hartford Police Federal Credit Union was garnished to the value of $650,000. See Writ of Attachment of Defendant O'Hare's Bank Accounts, attached hereto as **Exhibit A**; Writ of Attachment of Defendant Pia's Bank Account, attached hereto as **Exhibit B**. On September 23, 2016 an attachment in the amount of $750,000 on defendant O'Hare's real property was filed with the appropriate town clerk and recorded in the land records.

See Attachment of Defendant O'Hare's Real Property, attached hereto as **Exhibit C**. On September 30, 2016, an attachment in the amount of $650,000 on defendant Pia's real property was filed with the appropriate town clerk and recorded in the land records. See Attachment of Defendant Pia's Real Property, attached hereto as **Exhibit D**.

There is no longer any reason to maintain the attachments on the defendant officers' bank accounts and/or real property because all claims against them relative to this matter have been settled and they are not personally financially responsible for any portion of the settlement payments.

The Plaintiffs, through their Counsel Jon L Schoenhorn, have authorized this representation that they consent to the granting of this motion.

For the foregoing reasons, the defendants respectfully request that their motion to vacate the order granting the attachments of their real and personal property be granted.

DEFENDANTS,
JOHNMICHAEL O'HARE and ANTHONY PIA

By */s/ Thomas R. Gerarde*________

Thomas R. Gerarde
ct05640
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-11921
Ph: (860) 249-1361
Fax: (860) 249-7665
E-mail: tgerarde@hl-law.com

**CERTIFICATION**

This is to certify that on April 20, 2017, a copy of the foregoing Motion to Vacate was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106-1514

Nathalie Feola-Guerrieri, Esq.
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

*/s/ Thomas R. Gerarde*_______
Thomas R. Gerarde